UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-61491-CIV-MORENO

STRIKE 3 HOLDINGS, LLC, a limited liability company,

        Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 104.5.241.158 an individual,

        Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record, and the last recorded date of various proceedings. It appears that Plaintiff filed the complaint on **July 2, 2018** and service of the summons and complaint has not been executed as of the date of this order. Therefore, it is

ADJUDGED that Plaintiff shall file a response with the Court no later than **October 2, 2018** to show cause why this case should not be dismissed for failure to serve the summons and complaint upon Defendant within 90 days after the filing of the complaint pursuant to Federal Rule of Civil Procedure 4(m). If Plaintiff fails to file such response, then the Court shall dismiss the action.

DONE AND ORDERED in Chambers at Miami, Florida, this ___26___ of September 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record